UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-63107-CIV-SINGHAL

CARLOS LUIS GALUE-MENDOZA,

Petitioner,

v.

FACILITY ADMINISTRATOR, Broward Transitional Center, *et al.*,

Respondents.
_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** came before the Court on Petitioner's Motion to Withdraw Petition for Writ of Habeas Corpus and for Voluntary Dismissal Without Prejudice (the "**Motion**"). (DE [9]). The Court reads Federal Rule of Civil Procedure 41(a)(1)(A)(i) as permitting Petitioner to voluntarily dismiss his Petition (DE [1]) without leave of court at this juncture. Consequently, Respondents' response is immaterial to the Motion's disposition. Because Petitioner is entitled to dismiss this action, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [9]) is **GRANTED**. The Petition (DE [1]) is **DISMISSED WITHOUT PREJUDICE,** with each party to bear its own attorney fees and costs. The Clerk of Court is respectfully directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 19th day of November 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF